# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

QUANG DANGTRAN and HA NGUYEN,          §
                                       §
          Plaintiffs,                  §
                                       §
v.                                     §
                                       §          CIVIL ACTION NO. 4:23-CV-00020-
THE SECRETARY, UNITED STATES           §                    ALM-AGD
DEPARTMENT OF HOUSING AND              §
URBAN DEVELOPMENT, on behalf of        §
Nicole Williams,                       §
                                       §
          Defendant.                   §

## MEMORANDUM ADOPTING REPORT AND
## <u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report") in this action, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 29, 2023, the Magistrate Judge entered a Report (Dkt. #15) that Defendant's Motion to Dismiss for Lack of Jurisdiction (Dkt. #9) be granted; that Plaintiffs' Notice of Appeal (Dkt. #1) and Plaintiffs' Complaint (Dkt. #3) be dismissed without prejudice; and that Plaintiffs' Motion to Appoint Counsel (Dkt. #5) and Plaintiffs' Motion to E-File (Dkt. #11) be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (Dkt. #9) is **GRANTED**. It is further **ORDERED** that Plaintiffs' Notice of Appeal (Dkt. #1) and Plaintiffs' Complaint (Dkt. #3) are **DISMISSED WITHOUT PREJUDICE**. It is finally **ORDERED** that Plaintiffs' Motion to Appoint Counsel (Dkt. #5) and Plaintiffs' Motion to

E-File (Dkt. #11) are **DENIED** as moot.

      **IT IS SO ORDERED.**

      **SIGNED this 21st day of September, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE